1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| CALALU, LLC, a California limited liability company d/b/a CALIFORNIA SPECIALTY FARMS,, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD GOULD , an individual and d/b/a MEXUS PRODUCE, <br><br> Defendants. | Case No.  CV-11-04569 MMM (FFMx) <br><br> **JUDGMENT AGAINST DEFENDANTS RICHARD GOULD, INDIVIDUALLY AND DOING BUSINESS AS MEXUS PRODUCE** |

    Having read and considered the Parties' Stipulation For Entry of Judgment Against Defendants CALALU, LLC, a California limited liability company d/b/a CALIFORNIA SPECIALTY FARMS and RICHARD GOULD, an individual and d/b/a MEXUS PRODUCE and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefore,

    JUDGMENT IS HEREBY ENTERED in favor of Plaintiff CALALU, LLC, a California limited liability company d/b/a CALIFORNIA SPECIALTY FARMS and

against Defendants RICHARD GOULD, an individual and d/b/a MEXUS PRODUCE, jointly and severally, in the total amount of $167,646.25 (itemized as $157,459.36 in principal, plus $7,475.00 in attorney's fees, $350.00 in costs and $2,361.89 in finance charges calculated at the annual rate of 18% from the date each invoice became due through July 25, 2011), and all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*.]

Plaintiffs are further entitled to receive post-default interest at the rate of 18% per annum on all unpaid principal sums due under this judgment until fully paid.

The Clerk shall enter judgment forthwith.

DATED: August 4, 2011

*Margaret M. Morrow*
HON. MARGARET M. MORROW
Judge, U.S. District Court